ACCEPTED
01-15-00026-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/9/2015 9:27:49 AM
CHRISTOPHER PRINE
CLERK



## BOB WORTHAM
### CRIMINAL DISTRICT ATTORNEY

**CORY J. H. CRENSHAW**
First Assistant

**ASHLEY CHASE**
Criminal Chief

**WAYLN THOMPSON**
Appellate Chief

**GARY REAVES**
Public Integrity

Jefferson County Courthouse
1085 Pearl Street, 3rd Floor
Beaumont, Texas 77701
(409) 835-8550
FAX (409) 784-5893

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/9/2015 9:27:49 AM
CHRISTOPHER A. PRINE
Clerk

**PAT KNAUTH**
Executive Assistant

**KATHLEEN M. KENNEDY**
Civil Chief

**RANDI KING**
Family Chief

**JAMES ARCENEAUX**
Chief Investigator

March 9, 2015

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Re:    Tricia Gilford
       Docket No. 13-15953 / Appeal No. 01-15-00026-CR

To The Honorable Court of Appeals:

After having read the complete record, the State waives its right to answer the Appellant's Anders Brief. The State may respond to any supplemental or additional briefs filed by Appellant in this appeal.

Respectfully Submitted,

/s/ Wayln G. Thompson

_____
Wayln G. Thompson
Assistant Criminal District Attorney
Jefferson County, Texas
(thompson@co.jefferson.tx.us)

WGT/mh

cc:    CM/RRR #7012 1010 0002 1585 3727

Thomas J. Burbank, Attorney at Law, 2 Acadiana Court, Beaumont, Texas 77706